IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CORA A. JONES, <br> *Plaintiff,* | CIVIL ACTION NO. 6:12-cv-00067 |
| v. | ORDER |
| CAROLYN W. COLVIN[1] <br> Acting Commissioner of Social Security, <br> *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross Motions for Summary Judgment (docket nos. 11 and 14), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 22, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on January 14, 2014, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment (docket no. 11) be denied, and the Commissioner's Motion for Summary Judgment (docket no. 14) be granted. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of January 14, 2014 (docket no. 22), is hereby ADOPTED in its entirety;

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.

- 2 -

2. Plaintiff's Motion for Summary Judgment (docket no. 11) is hereby DENIED;

3. Defendant's Motion for Summary Judgment (docket no. 14) is hereby GRANTED; and

4. This case is hereby DISMISSED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this  3rd  day of February, 2014.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE