IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

|  |  |
|---|---|
| CORA A. JONES, *Plaintiff,* | CIVIL ACTION NO. 6:12-cv-00067 |
| v. | ORDER |
| CAROLYN W. COLVIN[1] Acting Commissioner of Social Security, *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross Motions for Summary Judgment (docket nos. 11 and 14), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 22, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on January 14, 2014, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment (docket no. 11) be denied, and the Commissioner's Motion for Summary Judgment (docket no. 14) be granted. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of January 14, 2014 (docket no. 22), is hereby ADOPTED in its entirety;

---
[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.

2. Plaintiff's Motion for Summary Judgment (docket no. 11) is hereby DENIED;

3. Defendant's Motion for Summary Judgment (docket no. 14) is hereby GRANTED; and

4. This case is hereby DISMISSED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this  3rd  day of February, 2014.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE